UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | MAGISTRATE NO. |
| | : | |
| SCOTT ALLEN BENNET | : | VIOLATION: 8 U.S.C. § 1325(a)(3) |
| | : | (Improper Entry by Alien) |
| Defendant. | : | |

## INFORMATION

The United States Attorney informs the Court:

## COUNT ONE

On or about December 6, 2006, within the District of Columbia, defendant, **SCOTT ALLEN BENNETT**, attempted to aid and abet the entry of an alien into the United States by willfully false and misleading representation, or willful concealment of a material fact.

**(Improper Entry by Alien**, in violation of 8 United States Code, Section 1325(a)(3))

JEFFREY A. TAYLOR
Attorney for the United States in
and for the District of Columbia
D.C. Bar 498610

By: _____
RHONDA CAMPBELL
Assistant United States Attorney
Federal Major Crimes
Bar No. 462402
555 4th Street, N.W., Room 4339
Washington, D.C. 20530
(202) 514-9519