UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES | : |
| v. | : MJ. No. 08-35(M) |
| SCOTT A. BENNETT, | : |
| Defendant. | : |

### GOVERNMENT'S REQUEST FOR BOOKING ORDER

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court enter the attached Order requiring the defendant to present himself for the purpose of booking in this case before sentencing.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
District of Columbia

By: /s/ Rhonda L. Campbell
RHONDA L. CAMPBELL
Assistant United States Attorney
D.C. Bar No. 462402
555 4th St., N.W., 4th floor
Washington, D.C. 20530
(202) 514-9519
rhonda.campbell@usdoj.gov