UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES | : |
| v. | : M.J. No. 08-35(M) |
| SCOTT A. BENNETT, | : |
| Defendant. | : |

### ORDER

Upon written motion of the Government, and for good cause shown, it is this 14th day of July, 2008, hereby ORDERED that the United States Marshals Service or other appropriate federal agency shall admit, including Central Cell Block, the defendant, Scott A. Bennett, to any federal processing facility, for the purpose of booking, fingerprinting (including major case prints), photographing and processing on the charge in this case. Upon the completion of the booking process, the defendant shall be released back to his personal recognizance status.

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE

cc:   Rhonda L. Campbell, Esq.
      Assistant United States Attorney
      555 4th Street, N.W.
      Washington, D.C. 20530

      Jeffrey O'Toole, Esq.
      O'Toole, Rothwell, Nassau & Steinbach
      1350 Connecticut Avenue, N.W. Suite 200
      Washington DC 20036-1722