## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE NO. 08-35(M)** |
| | : | |
| **v.** | : | **VIOLATIONS:** |
| | : | **8 U.S.C. § 1325(a)(3)** |
| **SCOTT ALLEN BENNETT** | : | **(Attempted Improper Entry by Alien)** |
| | : | **18 U.S.C. § 2** |
| **Defendant.** | : | **(Aid and Abet)** |

### SUPERCEDING INFORMATION

The United States Attorney informs the Court:

### COUNT ONE

On or about December 6, 2006, within the District of Columbia, defendant, **SCOTT ALLEN BENNETT**, attempted to aid and abet the entry of an alien into the United States by willfully false and misleading representation, or willful concealment of a material fact.

**(Attempted Improper Entry by Alien**, in violation of 8 U.S.C. § 1325(a)(3), and **Aid and Abet**, in violation of 18 U.S.C. § 2 )).

JEFFREY A. TAYLOR
Attorney for the United States in
and for the District of Columbia
D.C. Bar 498610

By: _____/s/_____

RHONDA CAMPBELL
Assistant United States Attorney
Federal Major Crimes
Bar No. 462402
555 4th Street, N.W., Room 4339
Washington, D.C. 20530
(202) 514-9519
rhonda.campbell@usdoj.gov